UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ORIN GILLIS,

Defendants.

24-cr-614 (PKC)

ORDER

CASTEL, U.S.D.J:

      SO ORDERED.

      Sentencing originally scheduled for February 4, 2025 is adjourned to February 20, 2025 at 2:00 p.m. in Courtroom 11D.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 9, 2025